**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| FARIDA B. RAHMAN, | : | No. 663 MAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2022, the Petition for Leave to File Amended Petition and the Petition for Allowance of Appeal are **DENIED**.